NUMBER
13-08-00549-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BANK OF SOUTH TEXAS,                                                           Appellant,

 

                                                             v.

 

OFELIA A. SOLIS &
JOSE H. SOLIS 

D/B/A JHS COMPANY,                                                                Appellees.

____________________________________________________________

 

                           On
appeal from the 275th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                        Before
Justices Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Bank of South Texas, perfected an appeal from a judgment entered by the 275th
District Court of Hidalgo County, Texas, in cause number C-1282-08-E. 
Appellant has filed a notice of dismissal of bankruptcy filing and motion to
dismiss the appeal on grounds that the bankruptcy court has entered an order
dismissing the bankruptcy, and all matters in controversy between the parties
have been resolved.  Appellant requests that this Court dismiss the appeal.

On
February 12, 2009, this Court abated the case due to the bankruptcy of one of
the parties to this appeal.  See 11 U.S.C. ' 362; see generally Tex. R. App. P. 8.  On May 7, 2010, the bankruptcy court
issued an order of dismissal.  Accordingly, the case is hereby REINSTATED.  

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.  Any
pending motions are
dismissed as moot.   

 

PER CURIAM

Delivered and filed the 27th


day of August , 2010.